# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA O'DONNELL, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | NO. 08-1560 |
| LRP PUBLICATIONS, INC. | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this _16th___ day of February 2010, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. # 21) is **DENIED.**


                                                                                      s/Anita B. Brody
                                                          _____
                                                              ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:                            Copies **MAILED** on _____ to: